| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:24-cv-07118-AKH Jordan v. Crunch, LLC Appeal Record Sent to USCA - Electronic File |
| **Date:** | Thursday, May 8, 2025 3:05:50 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/8/2025 at 3:04 PM EDT and filed on 5/8/2025
**Case Name:**     Jordan v. Crunch, LLC
**Case Number:**   1:24-cv-07118-AKH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [41] Notice of Interlocutory Appeal, filed by Crunch, LLC were transmitted to the U.S. Court of Appeals..(nd)**


**1:24-cv-07118-AKH Notice has been electronically mailed to:**

Ian M. Ross    iross@sidley.com, efilingnotice@sidley.com, ian-ross-9477@ecf.pacerpro.com, nyefiling@sidley.com

James R. Horner    jhorner@sidley.com, james-horner-4875@ecf.pacerpro.com, nyefiling@sidley.com

Tyler Somes    tsomes@hedinllp.com

Elliot Jackson    ejackson@hedinllp.com, earribas@hedinllp.com, elliotj1095@recap.email

**1:24-cv-07118-AKH Notice has been delivered by other means to:**

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24–cv–07118–AKH

Jordan v. Crunch, LLC  
Assigned to: Judge Alvin K. Hellerstein  
Cause: 18:2710(c) Wrongful Disclosure of Video Tape Rental or Sales Records

Date Filed: 09/19/2024  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Kristi Jordan**  
*individually and on behalf of all others similarly situated,*

represented by **Tyler Somes**  
Hedin LLP  
1100 15th Street NW  
Suite 04–108  
Washington, DC 20005  
202–900–3332  
Email: tsomes@hedinllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elliot Jackson**  
Hedin LLP  
1395 Brickell Ave,  
Ste. 610  
Miami, FL 33131  
305–357–2107  
Email: ejackson@hedinllp.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crunch, LLC**

represented by **Elana Hannah Somers**  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019  
212–839–5759  
Fax: 212–839–5599  
Email: elana.somers@sidley.com  
*TERMINATED: 03/25/2025*

**Ian M. Ross**  
Sidley Austin LLP  
1001 Brickell Bay Drive  
Suite 900  
33131  
Miami, FL 33131  
305–391–5218  
Email: iross@sidley.com  
*ATTORNEY TO BE NOTICED*

**James R. Horner**  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019  
212–839–5828  
Fax: 212–839–5599  
Email: jhorner@sidley.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2024 | 1 | COMPLAINT against Crunch, LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC–29918714)Document filed by Kristi Jordan..(Jackson, Elliot) (Entered: 09/19/2024) |
| 09/19/2024 | 2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Jackson, Elliot) Modified on 9/20/2024 (jgo). (Entered: 09/19/2024) |
| 09/19/2024 | 3 | **FILING ERROR – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to CRUNCH, LLC, re: 1 Complaint. Document filed by Kristi Jordan..(Jackson, Elliot) Modified on 9/20/2024 (jgo). (Entered: 09/19/2024) |
| 09/19/2024 | 4 | MOTION for TYLER SOMES to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29919705. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kristi Jordan. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Affidavit Affidavit, # 3 Proposed Order Proposed Order).(Somes, Tyler) (Entered: 09/19/2024) |
| 09/19/2024 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for TYLER SOMES to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29919705. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 09/19/2024) |
| 09/20/2024 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Elliot Omega Preston Jackson to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct; PDF caption error; party information not reflected on the pleading caption;. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated May 28, 2024. The S.D.N.Y. Civil Cover Sheet dated May 28, 2024 is located at http://nysd.uscourts.gov/forms/civil–cover–sheet–2.. (jgo)** (Entered: 09/20/2024) |
| 09/20/2024 |  | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Elliot Omega Preston Jackson. The party information for the following party/parties has been modified: Kristi Jordan. The information for the party/parties has been modified for the following reason/reasons: party text was removed. (jgo)** (Entered: 09/20/2024) |
| 09/20/2024 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Alvin K. Hellerstein. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 09/20/2024) |
| 09/20/2024 |  | Magistrate Judge Robert W. Lehrburger is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 09/20/2024) |
| 09/20/2024 |  | Case Designated ECF. (jgo) (Entered: 09/20/2024) |
| 09/20/2024 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Elliot Omega Preston Jackson to RE–FILE Document No. 3 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; PDF caption error; Plaintiff party information not reflected on the pleading caption;. Re–file the document using the event type Request for Issuance of Summons found under the event list** |

| | | |
|---|---|---|
| | | **Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 09/20/2024) |
| 09/20/2024 | 5 | AMENDED COMPLAINT amending 1 Complaint against Crunch, LLC with JURY DEMAND.Document filed by Kristi Jordan. Related document: 1 Complaint..(Jackson, Elliot) (Entered: 09/20/2024) |
| 09/20/2024 | 6 | CIVIL COVER SHEET filed..(Jackson, Elliot) (Entered: 09/20/2024) |
| 09/20/2024 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Crunch, LLC, re: 5 Amended Complaint. Document filed by Kristi Jordan..(Jackson, Elliot) (Entered: 09/20/2024) |
| 09/23/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Elliot Omega Preston Jackson. The party information for the following party/parties has been modified: Kristi Jordan. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (vf)** (Entered: 09/23/2024) |
| 09/23/2024 | 8 | ELECTRONIC SUMMONS ISSUED as to Crunch, LLC. (vf) (Entered: 09/23/2024) |
| 10/01/2024 | 9 | LETTER MOTION for Extension of Time to File Response/Reply as to 5 Amended Complaint addressed to Judge Alvin K. Hellerstein from Ian M. Ross dated October 1, 2024. Document filed by Crunch, LLC..(Ross, Ian) (Entered: 10/01/2024) |
| 10/02/2024 | 10 | ORDER granting 9 Letter Motion for Extension of Time to File Response/Reply Responses due by 11/25/2024. Extensions to respond are granted. (Signed by Judge Alvin K. Hellerstein on 10/02/2024) (ar) (Entered: 10/02/2024) |
| 10/02/2024 | | Set/Reset Deadlines: Response due by 12/20/2024. (ar) (Entered: 10/17/2024) |
| 11/13/2024 | 11 | SCHEDULING ORDER: The parties are hereby ordered to appear for a status conference on January 17, 2025, at 10:00 a.m. The conference will be conducted by telephone via the following call–in number: Call–in number: 646–453–4442 Conference ID: 227 985 09#. To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in 10 minutes prior to the start of the conference. Finally, no later than January 14, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information. Telephone Conference set for 1/17/2025 at 10:00 AM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 11/13/2024) (kgo) (Entered: 11/13/2024) |
| 11/18/2024 | 12 | MOTION for Ian M. Ross to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30199093. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Crunch, LLC..(Ross, Ian) (Entered: 11/18/2024) |
| 11/18/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Ian M. Ross to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30199093. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 11/18/2024) |
| 11/19/2024 | 13 | ORDER FOR ADMISSION PRO HAC VICE granting 12 Motion for Ian M. Ross to Appear Pro Hac Vice. The motion of Ian M. Ross, for admission to practice Pro Hac Vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Ian M. Ross is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Alvin K. Hellerstein on 11/19/24) (yv) (Entered: 11/19/2024) |
| 11/19/2024 | 14 | ORDER FOR ADMISSION PRO HAC VICE granting 4 Motion for Tyler Somes to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 11/19/2024) (ks) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| 11/20/2024 | 15 | LETTER MOTION for Extension of Time *to Respond to 5 Amended Complaint and to So−Order Briefing Schedule (Unopposed)* addressed to Judge Alvin K. Hellerstein from Ian M. Ross dated November 20, 2024. Document filed by Crunch, LLC..(Ross, Ian) (Entered: 11/20/2024) |
| 11/21/2024 | 16 | ORDER granting in part and denying in part 15 Letter Motion for Extension of Time. The time to answer or move is enlarged to Dec. 9, 2024, and will not again be adjourned. (Signed by Judge Alvin K. Hellerstein on 11/21/24) (yv) (Entered: 11/21/2024) |
| 12/09/2024 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Crunch Holdings LLC for Crunch, LLC. Document filed by Crunch, LLC..(Somers, Elana) (Entered: 12/09/2024) |
| 12/09/2024 | 18 | MOTION to Compel Arbitration . Document filed by Crunch, LLC..(Somers, Elana) (Entered: 12/09/2024) |
| 12/09/2024 | 19 | DECLARATION of Chad Waetzig in Support re: 18 MOTION to Compel Arbitration .. Document filed by Crunch, LLC. (Attachments: # 1 Exhibit A − Screenshot of Membership Signup, # 2 Exhibit B − Membership Terms & Conditions).(Somers, Elana) (Entered: 12/09/2024) |
| 12/09/2024 | 20 | MEMORANDUM OF LAW in Support re: 18 MOTION to Compel Arbitration . . Document filed by Crunch, LLC..(Somers, Elana) (Entered: 12/09/2024) |
| 12/13/2024 | 21 | LETTER MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Compel Arbitration . addressed to Judge Alvin K. Hellerstein from Tyler K. Somes dated 12/13/2024. Document filed by Kristi Jordan..(Somes, Tyler) (Entered: 12/13/2024) |
| 12/16/2024 | 22 | ORDER granting 21 Letter Motion for Extension of Time to File Response/Reply. So Ordered. ( Responses due by 1/20/2025.) (Signed by Judge Alvin K. Hellerstein on 12/16/24) (yv) (Entered: 12/17/2024) |
| 01/07/2025 | 23 | SCHEDULING ORDER: The status conference scheduled for Friday, January 17, 2025 at 10:00 a.m. willnow be held via the following call−in number and access code: Call−in number: 646−453−4442 Access code: 297 453 953 #. Please note the change in access code. To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in 10 minutes prior to the start of the conference. No later than January 14, 2025, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage. Finally, no later than January 14, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 1/7/2025) (vfr) (Entered: 01/07/2025) |
| 01/13/2025 | 24 | SCHEDULING ORDER: The telephonic status conference scheduled for January 17, 2025 is adjourned sine die. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 1/13/25) (yv) (Entered: 01/13/2025) |
| 01/14/2025 | 25 | LETTER MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Compel Arbitration . addressed to Judge Alvin K. Hellerstein from Tyler K. Somes dated 01/14/2025. Document filed by Kristi Jordan..(Somes, Tyler) (Entered: 01/14/2025) |
| 01/14/2025 | 26 | **Vacated as per Judges Order dated 1/15/2025, Doc. # 28** ORDER granting in part and denying in part 25 Letter Motion for Extension of Time to File Response/Reply. Plaintiff's time to oppose is enlarge to Feb. 3, 2025; time to reply is Feb. 11, 2025. In all other respects Plaintiff's motion is denied. Responses due by 2/3/2025 Replies due by 2/11/2025. (Signed by Judge Alvin K. Hellerstein on 1/14/2025) (jca) Modified on 1/15/2025 (yv). Modified on 3/5/2025 (yv). (Entered: 01/14/2025) |
| 01/15/2025 | 27 | JOINT LETTER MOTION for Extension of Time to Amend 18 MOTION to Compel Arbitration . addressed to Judge Alvin K. Hellerstein from Ian M. Ross dated January 15, 2024. Document filed by Crunch, LLC..(Ross, Ian) (Entered: 01/15/2025) |

| | | | |
|---|---|---|---|
| 01/15/2025 | 28 | ORDER withdrawing 18 Motion to Compel Arbitration; granting 27 Letter Motion for Extension of Time to Amend. My Order of 1–14–25 is vacated. The schedule attached hereto is approved. The pending motion to compel arbitration (ECF 18) is withdrawn, and time for Def't to Answer or move is enlarged to Jan. 17,2025. ( Amended Pleadings due by 1/17/2025.) (Signed by Judge Alvin K. Hellerstein on 1/15/25) (yv) (Entered: 01/15/2025) | |
| 01/15/2025 | | Set/Reset Deadlines: Crunch, LLC answer due 1/17/2025. Deposition due by 2/28/2025. Responses due by 3/14/2025 Replies due by 3/28/2025. (yv) (Entered: 01/15/2025) | |
| 01/17/2025 | 29 | AMENDED MOTION to Compel Arbitration . Document filed by Crunch, LLC..(Somers, Elana) (Entered: 01/17/2025) | |
| 01/17/2025 | 30 | DECLARATION of Chad Waetzig in Support re: 29 AMENDED MOTION to Compel Arbitration .. Document filed by Crunch, LLC. (Attachments: # 1 Exhibit A – Screenshot of Membership Signup, # 2 Exhibit B – Membership Terms & Conditions).(Somers, Elana) (Entered: 01/17/2025) | |
| 01/17/2025 | 31 | AMENDED MEMORANDUM OF LAW in Support re: 29 AMENDED MOTION to Compel Arbitration . . Document filed by Crunch, LLC..(Somers, Elana) (Entered: 01/17/2025) | |
| 03/14/2025 | 32 | RESPONSE in Opposition to Motion re: 29 AMENDED MOTION to Compel Arbitration . . Document filed by Kristi Jordan. (Attachments: # 1 Exhibit Exhibit 1 – Defendant's Responses to Plaintiff's First Set of Discovery Requests, # 2 Exhibit Exhibit 2 – Plaintiff's First Set of Discovery Requests (Attaching Crunch+ Terms & Conditions), # 3 Exhibit Declaration of Tyler Somes).(Jackson, Elliot) (Entered: 03/14/2025) | |
| 03/24/2025 | 33 | MOTION for Elana H. Somers to Withdraw as Attorney . Document filed by Crunch, LLC..(Somers, Elana) (Entered: 03/24/2025) | |
| 03/24/2025 | 34 | DECLARATION of Elana H. Somers in Support re: 33 MOTION for Elana H. Somers to Withdraw as Attorney .. Document filed by Crunch, LLC..(Somers, Elana) (Entered: 03/24/2025) | |
| 03/25/2025 | 35 | NOTICE OF APPEARANCE by James R. Horner on behalf of Crunch, LLC..(Horner, James) (Entered: 03/25/2025) | |
| 03/25/2025 | 36 | MEMO ENDORSEMENT granting 33 MOTION for Elana H. Somers to Withdraw as Attorney. ENDORSEMENT SO ORDERED. Attorney Elana Hannah Somers terminated. (Signed by Judge Alvin K. Hellerstein on 3/25/2025) (jca) (Entered: 03/25/2025) | |
| 03/28/2025 | 37 | REPLY MEMORANDUM OF LAW in Support re: 29 AMENDED MOTION to Compel Arbitration . . Document filed by Crunch, LLC..(Horner, James) (Entered: 03/28/2025) | |
| 03/28/2025 | 38 | DECLARATION of Chad Waetzig in Support re: 29 AMENDED MOTION to Compel Arbitration .. Document filed by Crunch, LLC. (Attachments: # 1 Exhibit A– Sign Up Page, # 2 Exhibit B– Completion Page).(Horner, James) (Entered: 03/28/2025) | |
| 04/28/2025 | 39 | ORDER denying 29 Motion to Compel Arbitration. Plaintiff and Defendant had two agreements. The first was for gym membership, and it had an arbitration clause. The second was for a streaming service. It had no arbitration clause. Instead, it had a forum selection clause requiring suit in a particular court. Although the latter is inconsistent with arbitration (Goldman, Sachs & Co. v. Golden Empire Schs. Fin. Auth., 764 F.3d 210, 215 (2d Cir. 2014)), and it would seem that the cause of action arose from that contract, plaintiff's original gym membership may control. The parties will have to litigate further before it is clear which contract governs.Defendant shall file an Answer; the parties shall produce their Initial Discovery, and then appear (virtually) for an Initial Case Management Conference on June 13, 2025, 10:00 am. (HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin) (Entered: 04/28/2025) | |

| | | |
|---|---|---|
| 04/28/2025 | 40 | SCHEDULING ORDER: The parties are hereby ordered to appear for a status conference on Friday, June 13, 2025, at 10:00 a.m., which will be held via the following call−in number: Call−in number: 646−453−4442 Access code: 141 658 993# To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference. By June 10, 2025, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage. Finally, by June 10, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information. SO ORDERED. Telephone Conference set for 6/13/2025 at 10:00 AM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 4/28/2025) (jca) (Entered: 04/28/2025) |
| 05/08/2025 | 41 | NOTICE OF INTERLOCUTORY APPEAL from 39 Order on Motion to Compel Arbitration,,,. Document filed by Crunch, LLC. Filing fee $ 605.00, receipt number ANYSDC−31053044. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Horner, James) (Entered: 05/08/2025) |
| 05/08/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 41 Notice of Interlocutory Appeal..(nd) (Entered: 05/08/2025) |
| 05/08/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 41 Notice of Interlocutory Appeal, filed by Crunch, LLC were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/08/2025) |